BRIAN J. STRETCH (CSBN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendant
STEVEN MNUCHIN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TALIYA BANU ANSARI,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN MNUCHIN, Department of the Treasury,<br><br>    Defendant. | CASE NO. C 17-2094 RS<br><br>**STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** |

Subject to the approval of the Court, the parties hereby stipulate to the following briefing and hearing schedule for Defendant's Motion to Dismiss Second Amended Complaint (Doc. #27):

The *pro se* Plaintiff's opposition, currently due on January 2, 2018, will now be due on **January 10, 2018**; Defendant's reply, currently due on January 9, 2018, will now be due on **January 24, 2018**; and the hearing will be continued from January 25, 2018, to **February 8, 2018**, at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. The reason for this request is that Plaintiff will be out of town beginning on December 19, 2017.

Previous time modifications in this case are as follows: On July 5, 2017, the Court continued the initial case management conference pursuant to an administrative motion filed by Plaintiff. (Doc. #8.) On September 8, 2017, the Court continued the initial case management conference pursuant to an

administrative motion filed by Defendant. (Doc. #15.) There is currently no case management schedule or trial date, and the initial case management conference is scheduled for March 1, 2018. (Doc. #26.)

Respectfully submitted,

DATED: 12-21-2017

_____
TALIYA BANU ANSARI
Plaintiff *Pro Se*

BRIAN J. STRETCH
United States Attorney

DATED: 12/21/17

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 12/21/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIP. RE BRIEFING & HEARING SCHEDULE FOR DEF.'S MOT. TO DISMISS SAC; [PROPOSED] ORDER
C 17-2094 RS
2